UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2007 JAN 10 P 3: 45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:93CR96 (AHN) |
| ROBERT A. PERROTTI | : | |

## ORDER FOR INSTALLMENT PAYMENTS

Through agreement of the parties and by Order of this Court at a status conference held on April 28, 2006, it is hereby ORDERED that in accordance with 28 U.S.C. Section 3204 the Defendant, Robert A. Perrotti, shall commence quarterly payments in an amount equal to twenty-five percent (25%) of his net disposable earnings from all sources. "Net disposable earnings" is defined in accordance with 28 U.S.C. § 3002(5) and (6), less allowable business expenses claimed by Defendant Perrotti on his federal income tax returns, and in particular Schedule C of IRS Form 1040, entitled "Profit or Loss From Business", at lines 8 through 27.

It is further ORDERED that all quarterly payments shall be made by check, made payable to "Clerk" and mailed to the Clerk of Court, United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, 06604. Each check shall reference "Docket No. 3:93CR96 (AHN)". Quarterly payments are due no later than forty-five (45) days after the close of each quarter.

It is further ORDERED that Defendant Perrotti will provide copies of his annual federal tax returns and quarterly profit and loss statements to the Government by mailing copies of the profit and loss statements at the end of each quarter; and mailing copies of tax returns at the time each original is filed with the Internal Revenue Service, to the United States Attorney's Office, Attention: Financial Litigation Unit, 157 Church Street, 23rd Floor, New Haven, Connecticut, 06510.

In the event that Defendant Perrotti fails to comply with the payment terms of this ORDER, notice is hereby provided that Defendant Perrotti may be subject to sanctions and/or held in contempt of this Court.

Either party may file a motion to modify this Order at any time, based upon the financial situation of Defendant Perrotti in accordance with 28 U.S.C. Section 3204(b).

The foregoing Installment Payment Order is agreed and stipulated to by the parties without further notice.

December 15, 2006

Robert A. Perrotti
152 Greenway Street
Hamden, Connecticut  06517

January 5, 2007
~~December __, 2006~~

Christine Sciarrino
Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, Connecticut  06510
Federal Bar No. CT3393
(203) 821-3780/Fax: (203) 773-5392
Email: Christine.Sciarrino@usdoj.gov

SO ORDERED on this 10 day of Jan., 2007, at Bridgeport, Connecticut.

ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE

2